# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5246**  **September Term, 2020**

**1:19-cv-00886-TNM**

**Filed On: April 13, 2021** [1894352]

James Harris and David Harris, III, Dr.,

    Appellants

  v.

Muriel Bowser, in her official capacity as
Mayor of the District of Columbia, et al.,

    Appellees

### M A N D A T E

In accordance with the judgment of March 19, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk

Link to the judgment filed March 19, 2021